THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA
Assistant United States Attorney
California State Bar No. 187101
        300 North Los Angeles Street
        Room 7516, Federal Building
        Los Angeles, California  90012
        Telephone: (213) 894-6117
        Facsimile: (213) 894-7819
        Email: sharla.cerra@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DREW FELDMAN, | ) | CV  02-9859 MAN |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | FOR THE PLAINTIFF |
| Defendant. | ) | |

        The Court having approved the parties' stipulation to reopen the case for the

purpose of entering judgment for the plaintiff and the case having been reopened

for that purpose, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

judgment is hereby rendered for the plaintiff.


        DATE: July 1, 2008



                                        /s/
_____
                              MARGARET A. NAGLE
                              United States Magistrate Judge